123 A.3d 775

Darren EADES, Petitioner

v.

PHILADELPHIA COMMON PLEAS COURTS, Respondent.

No. 101 EM 2015.

Supreme Court of Pennsylvania.

Oct. 5, 2015.

## *ORDER*

PER CURIAM

**AND NOW,** this 5th day of October, 2015, the Application for Leave to File Original Process and the Petition for Writ of

Mandamus and/or Extraordinary Relief, to the extent it seeks mandamus relief, are **GRANTED**. The court of common pleas is **DIRECTED** to dispose of the pending habeas corpus filing within 90 days.